91

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**McALLEN DIVISION**

United States District Court
Southern District of Texas
FILED

JUL 1 8 2017

David J. Bradley, Clerk

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | **Criminal No.  M-17-0989-S1** |
| | § | |
| **ROBERTO BAUTISTA, JR.** | § | |
| **JOSE MARIA FLORES** | § | |
| **ISAAC V. SANCHEZ** | § | |
| **RAMIRO RUIZ** | § | |
| **VERONICA REQUENA MONREAL** | § | 7/24/17 lc |
| AKA: VERONICA REQUENA | | |

<u>**SEALED SUPERSEDING INDICTMENT**</u>

**THE GRAND JURY CHARGES:**

<u>**Count One**</u>

On or about May 25, 2017, in the Southern District of Texas and within the jurisdiction of

the Court, defendant,

**ROBERTO BAUTISTA, JR.**

a felon, having been convicted of a crime punishable by imprisonment for a term exceeding one

year, namely, in the 92nd Judicial District Court, Hidalgo County, Texas on  November 16, 2015,

in case number CR-0817-15-A, for Deadly Conduct Discharge of a Firearm, did knowingly and

unlawfully possess in and affecting interstate and foreign commerce a firearm, namely, a Jimenez

Arms, Model J.A. .380 caliber pistol; a Colt Government Model, .22 caliber pistol; and a CZ,

Model CZ75 P-07, .40 caliber pistol.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

<u>**Count Two**</u>

On or about May 25, 2017, in the Southern District of Texas and within the jurisdiction of

the Court, defendant,

**JOSE MARIA FLORES**

a felon, having been convicted of a crime punishable by imprisonment for a term exceeding one year, namely, in the United States District Court, Southern District of Texas, on August 7, 2012, in case number 7:12-CR-528-001, for Making a False Statement or Representation with regards to firearm records, did knowingly and unlawfully possess in and affecting interstate and foreign commerce a firearm, namely, a Jimenez Arms, Model J.A. .380 caliber pistol; a Colt Government Model, .22 caliber pistol; and a CZ, Model CZ75 P-07, .40 caliber pistol.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

<u>**Count Three**</u>

On or about May 25, 2017, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

**ISAAC V. SANCHEZ**

a felon, having been convicted of a crime punishable by imprisonment for a term exceeding one year, namely, in the 275th Judicial District Court, Hidalgo County, Texas, on July 23, 1999, in case number CR-1678-99-E, for Burglary of a Habitation, did knowingly and unlawfully possess in and affecting interstate and foreign commerce a firearm, namely, a Jimenez Arms, Model J.A. .380 caliber pistol; a Colt Government Model, .22 caliber pistol; and a CZ, Model CZ75 P-07, .40 caliber pistol.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

<u>**Count Four**</u>

On or about May 25, 2017, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

**RAMIRO RUIZ**

a felon, having been convicted of a crime punishable by imprisonment for a term exceeding one

year, namely, in the 370th Judicial District Court, Hidalgo County, Texas, on January 9, 2008, in case number CR-3203-07-G, for Burglary of a Building, did knowingly and unlawfully possess in and affecting interstate and foreign commerce a firearm, namely, a Jimenez Arms, Model J.A. .380 caliber pistol; a Colt Government Model, .22 caliber pistol; and a CZ, Model CZ75 P-07, .40 caliber pistol.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## Count Five

On or about May 25, 2017, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

### ISAAC V. SANCHEZ

a felon, having been convicted of a crime punishable by imprisonment for a term exceeding one year, namely, in the 275th Judicial District Court, Hidalgo County, Texas, on July 23, 1999, in case number CR-1678-99-E, for Burglary of a Habitation, did knowingly and unlawfully possess in and affecting interstate and foreign commerce ammunition, namely, approximately 100 rounds of .22 LR caliber ammunition; approximately 50 rounds of .380 caliber ammunition; and approximately 5 rounds of 12 gauge shotgun slug ammunition.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## Count Six

On or about May 25, 2017, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

### VERONICA MONREAL
### aka: VERONICA REQUENA

a felon, having been convicted of a crime punishable by imprisonment for a term exceeding one year, namely, in the 206th Judicial District Court, Hidalgo County, Texas, on December 15, 2008, in case number CR-4707-08-D, for Injury to a Disabled Individual, did knowingly and unlawfully

possess in and affecting interstate and foreign commerce ammunition, namely, approximately 100 rounds of .22 LR caliber ammunition; approximately 50 rounds of .380 caliber ammunition; and approximately 5 rounds of 12 gauge shotgun slug ammunition.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## NOTICE OF FORFEITURE
### 18 U.S.C. §922(g)(1)

Pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), the United States gives notice to defendant,

**ROBERTO BAUTISTA, JR.**
**JOSE MARIA FLORES**
**ISAAC V. SANCHEZ**
**RAMIRO RUIZ**
**and**
**VERONICA REQUENA**

that upon conviction of a violation of Title 18, United States Code, Section 922(g)(1), all firearms involved in said violation are subject to forfeiture, including but not limited to the following:

> Jimenez Arms, Model J.A., .380 caliber pistol, SN: 390200
> Colt, Government Model, .22 caliber pistol, SN: LK009448;
> CZ, Model CZ75 P-07, .40 caliber pistol, SN: B292384.
> Approximately 100 rounds of .22 LR caliber ammunition;
> Approximately 50 rounds of .380 caliber ammunition; and
> Approximately 5 rounds of 12 gauge shotgun slug ammunition.

A TRUE BILL

FOREPERSON

ABE MARTINEZ
ACTING UNITED STATES ATTORNEY

ASSISTANT UNITED STATES ATTORNEY